WILLIAM F. COLBY *vs.* SAMUEL BUNKER.

Somerset. Decided November 30, 1878.

*Interest. Promissory notes.*

On a note payable on demand with the rate of interest specified therein, interest is to be computed at such rate till the rendition of verdict, or default.

ON EXCEPTIONS.

ASSUMPSIT, on two promissory notes, each for $75, dated December 29, 1870, payable to the plaintiff or order on demand, at eight per cent. The writ was dated October 13, 1875. The defendant testified that the plaintiff demanded payments on the notes in September, 1871.

The presiding justice instructed the jury to ascertain whether or not a demand was made, and if so, to compute the interest at eight per cent from the date of the notes to the time of the demand, and after that at the rate of six per cent to the time of the verdict; and the plaintiff alleged exceptions.

*A. H. Ware*, for the plaintiff.

*O. D. Baker*, for the defendant.

*Per curiam.* *Held*, as in the head note stated.

*Exceptions sustained.*